184 So. 920

**Erby POPWELL v. STATE.**

**5 Div. 53.**

Court of Appeals of Alabama.

Nov. 29, 1938.

Lawrence F. Gerald, of Clanton, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.